IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOURYON USA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>XENE CORPORATION,<br><br>    Defendant. | Case No. 1:24-cv-00613-MN |

### ORDER

The Court, upon consideration of Plaintiff Nouryon USA LLC's ("Plaintiff") Motion for Alternative Service (the "Motion") and any responses thereto, HEREBY ORDERS:

1. The Motion is GRANTED.

2. Plaintiff may serve Plaintiff's summons and complaint on defendant Xene Corporation (a) via electronic mail to jerrychoeesq@gmail.com and (b) via U.S. First Class Mail to 225 Post Ave., New York, New York, 11590, which shall be considered effective service pursuant to Rule 4(h) of the Federal Rules of Civil Procedure.

3. Together with the summons and complaint, Plaintiff shall also serve on defendant a copy of this Order.

4. Service of the summons, complaint and this Order, as set forth in Paragraph 2 herein, shall be effective as of the date of electronic mailing or regular mailing, whichever is later.

5. Plaintiff shall file a certification certifying that the summons, complaint and this Order have been served on Defendant in accordance with Paragraph 2 herein.

6. Until such time as Defendant enters its appearance in this matter, Plaintiff is authorized to serve all future documents filed by Plaintiff, and all Orders issued by the Court, in this action via electronic mail and regular mail as set forth in Paragraph 2 herein.

**SO ORDERED** this 21st day of June 2024

_____
The Honorable Maryellen Noreika
United States District Judge